IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Case No. 7:14-CR-004-O |
| § | |
| PAUL EUGENE PREWITT (1) § | |

MOTION TO WITHDRAW

TO THE HONORABLE JUDGE REED O'CONNOR:

COMES NOW, Thomas W. Mills, Jr., court-appointed counsel for Paul Eugene Prewitt, Defendant, and after having conferred with Defendant, files this motion to withdraw as counsel for Defendant and for appointment of new counsel and would show this Court as follows:

1. Counsel was appointed to represent Defendant in the above-captioned case and through any appeal on February 5, 2014. (See ECF # 3).

2. On May 27, 2014, Defendant entered a guilty plea before United States Magistrate Judge Jeffrey Cureton pursuant to a plea agreement with the government containing a waiver of Defendant's right to appeal or otherwise challenge his sentence.

3. Defendant's sentencing hearing was held on October 20, 2014 and the judgment against him was entered by United States District Judge Reed O'Connor on the same date.

4. Defendant now wishes to appeal the above-captioned case. The grounds for any such appeal would present a conflict of interest for Defendant's present counsel. Therefore, Counsel believes that appointment of new counsel would be in Defendant's best interest.

WHEREFORE, Counsel prays that this Court enter an order permitting counsel to withdraw and for appointment of new counsel in this matter.

___

Respectfully submitted,

      /s/ *Thomas W. Mills, Jr.*
THOMAS W. MILLS, JR.
State Bar No. 14167500
MILLS & WILLIAMS, L.L.P.
5910 N. Central Expressway, Suite 980
Dallas, Texas 75206-5141
Phone (214) 265-9265
Fax (214) 363-3167
tmills@millsandwilliams.com

ATTORNEY FOR PAUL PREWITT

CERTIFICATE OF SERVICE

     I hereby certify that on October 23, 2014, I electronically filed the foregoing document using the Northern District of Texas's electronic filing system (ECF) which will send a notice of filing to all counsel of record.

      /s/ *Thomas W. Mills, Jr.*
THOMAS W. MILLS, JR.